McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



SEALED

FILED

JUN 0 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH
BAMBER48@YAHOO.COM,
CARRIE_DAY@YAHOO.COM,
GSTEPHENS93@YAHOO.COM,
HOWARDM909@YAHOO.COM,
JBRYANT174@YAHOO.COM,
JDAVIDS46@YAHOO.COM,
KAYLAALLEN992@YAHOO.COM, AND
WAYNEJOHNSON506@YAHOO.COM
THAT IS STORED AT PREMISES
CONTROLLED BY YAHOO! INC.

CASE NO. 2:18-SW-0496 EFB

[PROPOSED] ORDER COMMANDING YAHOO!
INC. NOT TO NOTIFY ANY PERSON OF THE
EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo! Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

[PROPOSED] ORDER

1   IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo shall not disclose the
2 existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other
3 person, for 180 days from the date of this order, except that Yahoo may disclose the attached warrant to
4 an attorney for Yahoo for the purpose of receiving legal advice.

5   IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
6 ordered by the Court.

Dated:   June 8, 2018

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2